IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| JAMES DAVID VAN METER, | § | |
| | § | |
| Plaintiff, | § | |
| v. | § | Civil Action No. 3:06-CV-0431-L |
| | § | |
| JUDGE JANICE L. WARDER, et al., | § | |
| | § | |
| Defendants. | § | |

## <u>ORDER</u>

Plaintiff filed a *pro se* civil rights action pursuant to 42 U.S.C. § 1983 against Defendants Judge Janice L. Warder ("Warder"), along with her court staff, Defendants Renda Leach ("Leach") and Carol-Lou Nicholson ("Nicholson") (collectively, the "Dallas County Defendants"), alleging that they conspired to violate his civil rights. Pursuant to 28 U.S.C. § 636(b), and an order of the court in implementation thereof, this action was referred to the United States magistrate judge for proposed findings and recommendation. Defendant Warder filed a motion to dismiss or for summary judgment on immunity grounds, and the Dallas County Defendants filed a motion for summary judgment on immunity grounds. On June 22, 2006, the Findings and Recommendation of the United States Magistrate Judge were filed, to which no objections were filed. The magistrate judge recommended that the court grant Warder's motion for summary judgment on immunity grounds, grant the Dallas County Defendants' motion for summary judgment on immunity grounds, and dismiss all claims against Defendants with prejudice on immunity grounds.

Having reviewed the pleadings, file and record in this case, and the findings and conclusions of the magistrate judge, the court determines that the findings and conclusions are correct, and are hereby **accepted** as those of the court. The court **grants** Defendant Judge Janice L. Warder's

Motion to Dismiss or for Summary Judgement; **grants** Dallas County Defendants' Motion for Summary Judgement; and **dismisses with prejudice** all claims against Defendants.  Final judgment will  issue by separate document.

   **It is so ordered** this 19th day of July, 2006.


                                          Sam A. Lindsay
                                          United States District Judge

**Order – Page 2**